**Earl S. GORDON, Plaintiff–Appellant,**

v.

**Sheila SHETHS, M.D.; Ronald Peterson, CEO; The Johns Hopkins Hospital, Defendants–Appellees.**

No. 02–1098.

United States Court of Appeals, Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

Earl S. Gordon, Appellant Pro Se. M. Natalie McSherry, Catherine Whitehurst Steiner, Tracy A. Cannon, Whiteford, Taylor & Preston, Baltimore, Maryland, for Appellees.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Earl S. Gordon appeals the district court's order denying relief on his civil complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Gordon v. Sheths*, No. CA–01–2878–MJG (D. Md. filed Jan. 8, 2002 & entered Jan. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*